# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| EYASU FILIMON BERHANE, | Case No. 5:26-cv-02597-AH-DFM |
| Petitioner, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| MARKWAYNE MULLIN et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1.    The Magistrate Judge's Report and Recommendation (Dkt. 12) is ACCEPTED and ADOPTED in its entirety.

2.    The Petition for a Writ of Habeas Corpus is GRANTED.

3.    Respondents are ORDERED to release Petitioner Eyasu Filimon Berhane (A# 249-048-677) from custody within three (3) days, subject to standard conditions of supervision applicable to noncitizens released under 8 U.S.C. § 1231(a)(3).

///

///

4.      Respondents are ordered to file a Notice of Release within ten (10) days confirming that Petitioner has been released.

Date: JUNE 8, 2026

ANNE HWANG
United States District Judge

2