JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EYASU FILIMON BERHANE, | Case No. 5:26-cv-02597-AH-DFM |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Petition for a Writ of Habeas Corpus is GRANTED.

2. Respondents are ORDERED to release Petitioner Eyasu Filimon Berhane (A# 249-048-677) from custody within three (3) days, subject to standard conditions of supervision applicable to noncitizens released under 8 U.S.C. § 1231(a)(3).

3. Respondents are ordered to file a Notice of Release within ten (10) days confirming that Petitioner has been released.

Date: JUNE 8, 2026

_____
ANNE HWANG
United States District Judge